**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JORGE LOPEZ,** | ) | NO. CV 08-4448-VAP(CT) |
| | ) | |
| **Petitioner,** | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| **WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

   Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

   DATED: _September 6, 2008

                                     _____
                                     VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE